UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE:<br>CHRISTOPHER ROBIN LANCASTER<br>SARITA KAY LANCASTER<br><br>**Debtors** | CASE NO: BKS-11-53262 K<br><br>CHAPTER 13 |

## TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on September 20, 2011. The Court Confirmed Debtor's plan on November 30, 2011.

2. HOUSTON FUNDING II LTD, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $3,320.50, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursement Check** |
|---|---|
| HOUSTON FUNDING II LTD<br>PMB 145<br>4775 W. PANTHER CREEK DR STE 440<br>THE WOODLANDS, TX 77381-2578 | $3,320.50 |

Respectfully submitted,

/s/ Mary K. Viegelahn

MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216
(210) 824-1460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:   CHAPTER 13

**CHRISTOPHER ROBIN LANCASTER**
**SARITA KAY LANCASTER**

DEBTOR(S)   CASE NO.:  **11-53262 K**

### CERTIFICATE OF SERVICE
-----------------------------------

I hereby certify that a true and correct copy of the attached document was served **October 21, 2016** by First Class Mail, upon the following:

Debtor(s):
CHRISTOPHER ROBIN LANCASTER
SARITA KAY LANCASTER
7034 GLENFIELD
SAN ANTONIO, TX  78227

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

| | |
|---|---|
| HOUSTON FUNDING II LTD | Attorney For Debtor(s) |
| PMB 145 | VANHEMELRIJCK LAW OFFICES LP |
| 4775 W. PANTHER CREEK DR STE 440 | 1100 NW LOOP 410 #215 |
| THE WOODLANDS, TX 77381-2578 | SAN ANTONIO, TX 78213 |

/S/
_____
Mary K. Viegelahn
Chapter 13 Trustee